HMK/jb FS 7906

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC.,

        Plaintiff,                      07 CIV 7302 (BSJ) (FM)
                                                      ECF CASE

   -against-

M/V SMART, her engines, boilers, tackle,        **RULE 7.1 STATEMENT**
etc., CARGO-LEVANT SCHIFFAHRTSGES
MBH, WESTERN BULK CARRIERS AS,
MARYVILLE MARITIME INC, GREENPOINT
MARINE SA,

        Defendants.
------------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK

WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT

CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: August 7, 2007

                                                        KINGSLEY, KINGSLEY & CALKINS
                                                        Attorneys for Plaintiff


                                                        BY:__/S/_____
                                                          HAROLD M. KINGSLEY
                                                          91 W. Cherry Street
                                                           Hicksville, New York 11801
                                                           (516) 931-0064