UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MAN FERROSTAAL, INC.                                07 CV 7302 (BSJ)

                                       Plaintiff,       RULE 7.1 STATEMENT

    -against-

M/V SMART, her engines, boiler, tackle,
etc., CARGO-LEVANT SCHIFFAHRTSGES MBH,
WESTERN BULK CARRIER AS, MARYVILLE
MARITIME INC., GREENPOINT MARINE SA.,

                           Defendants.
----------------------------------------X

        Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendant WESTERN BULK CARRIER AS, certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of WESTERN BULK CARRIER AS.

Dated:  New York, N.Y.
       September 17, 2007

                                             EDWARD A. KEANE (EK 1398)