UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MAN FERROSTAAL, INC.,

         **Plaintiff,**

- against -

M/V SMART, her engines, boilers, tackle, etc., CARGO-LEVANT SCHIFFAHRTSGES, MBH, WESTERN BULK CARRIERS AS, MARYVILLE MARITIME INC, GREENPOINT MARINE SA,

         **Defendants**
-------------------------------------------------------------------X

07 CV 7302 (BSJ)

Rule 7.1 Statement

  Attorney of record, DIANE B. CARVELL, of the firm of Rawle & Henderson, LLP, attorneys of record for defendants, MARYVILLE MARITIME INC., and GREENPOINT MARINE SA, certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of MARYVILLE MARITIME INC., or GREENPOINT MARINE SA.

Dated: New York, N.Y.
   December 17, 2007

            By: _____
               Diane B. Carvell (DBC 9286)

2224381-1