```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MAN FERROSTAAL, INC.                      07 CV 7302 (BSJ)

                    Plaintiff,           ANSWER TO CROSS-
                                         CLAIM WITH AFFIRMATIVE
         -against-                       DEFENSES

M/V SMART, her engines, boiler, tackle,
etc., CARGO-LEVANT SCHIFFAHRTSGES MBH,
WESTERN BULK CARRIER AS, MARYVILLE
MARITIME INC., GREENPOINT MARINE SA.,

                    Defendants.
------------------------------------X
```

Defendant, WESTERN BULK CARRIER AS ("WBC") (herein "answering defendant") by its attorneys MAHONEY & KEANE, LLP, answer the Cross-Claim of MARYVILLE MARITIME INC. and GREENPOINT MARINE SA upon information and belief as follows:

FIRST: Answering defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "TWENTY-SIXTH", "TWENTY-SEVENTH", "TWENTY-EIGHTH" and "TWENTY-NINTH" of defendants MARYVILLE MARITIME INC.'s and GREENPOINT MARINE's Cross-Claim.

SECOND: Answering defendant admits the allegations contained in paragraph "THIRTIETH" of defendants MARYVILLE MARITIME INC.'s and GREENPOINT MARINE's Cross-Claim.

THIRD: Answering defendant denies each and every allegation contained in paragraph "THIRTY-FIRST" and "THIRTY-SECOND" MARYVILLE MARITIME INC.'s and GREENPOINT MARINE's Cross-

Claim.

<u>AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

FOURTH:   Defendant, WESTERN BULK CARRIERS AS repeats, reiterates and makes applicable to co-defendants MARYVILLE MARITIME INC.'s and GREENPOINT MARINE's Cross-Claim each Separate and Complete Affirmative defense in WESTERN BULK CARRIERS AS's Answer to plaintiff's Complaint as if specifically set forth herein at length.

WHEREFORE, defendant WESTERN BULK CARRIERS AS demands judgment dismissing the Cross-Claim herein, and awarding defendant WESTERN BULK CARRIERS AS, fees, including reasonable attorneys fees and disbursements of this action, and further demands judgment against the co-defendants, MARYVILLE MARITIME INC. and GREENPOINT MARINE, for all sums which may be recovered by plaintiff against the defendant WESTERN BULK CARRIERS AS, attorneys fees and disbursements of this action, and granting to WESTERN BULK CARRIERS AS such other and further relief as to the Court may seem just and proper.

Dated:  New York, N.Y.
        January 24, 2008

                               MAHONEY & KEANE, LLP
                               Attorneys for Defendant
                               WESTERN BULK CARRIERS AS

                         By:   _____
                               Garth S Wolfson   (GW 7700)
                               111 Broadway, Tenth Floor
                               New York, New York 10006
                               (212) 385-1422
                               File No.: 19/3467/B/07/9

```
TO:   KINGSLEY KINGSLEY & CALKINS
      Attorneys for Plaintiff
      91 West Cherry Street
      Hicksville, N.Y. 11801
      (516) 931-0064

      RAWLE & HENDERSON, LLP
      Attorneys for defendents
      MARTYVILLE MARITIME INC., and
      GREENPOINT MARINE SA
      140 Broadway 46th Floor
      New York, NY 10005
      (212) 858-7570
```