UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MAN FERROSTAAL, INC.,                           :

                Plaintiff,               :   **ORDER**

    -against-                                        :   07 Civ. 7302 (BSJ)(FM)

M/V SMART, et al.,                              :

                Defendants.              :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to a conference held earlier today, it is hereby ORDERED that:

1. On or before June 30, 2008, all fact discovery shall be completed.

2. On or before July 14, 2008, plaintiff shall serve its expert reports.

3. On or before August 15, 2008, defendants shall serve their expert reports.

4. A settlement conference shall be held on September 3, 2008, at 2:00 p.m. in Courtroom 20A.

SO ORDERED.

Dated:    New York, New York
             February 1, 2008

                                                FRANK MAAS
                                     United States Magistrate Judge

Copies to:

Honorable Barbara S. Jones
United States District Judge

Kevin T. Murtagh, Esq.
Kingsley, Kingsley & Calkins
Fax: (516) 931-4313

Garth S. Wolfson, Esq.
Mahoney & Keane, LLP
Fax: (212) 385-1605

Diane B. Carvell, Esq.
Rawle & Henderson, LLP
Fax: (215) 563-2583