LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
CARGO-LEVANT SCHIFFAHRTSGES MBH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAN FERROSTALL, INC.,

                        Plaintiff,                        **ECF CASE**

      - against -                                 07 Civ. 7302 (BSJ) (FM)

M/V SMART, her engines, boilers, tackle, etc.,
CARGO-LEVANT SCHIFFAHRTSGES MBH,
WESTERN BULK CARRIERS AS, MARYVILLE
MARITIME INC., GREENPOINT MARINE SA,

                        Defendants.
-----------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for defendant CARGO-LEVANT SCHIFFAHRTSGES MBH, certifies upon information and belief that said defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of defendant which are otherwise publicly held in the United States.

      Dated: June 5, 2008

                                            LYONS & FLOOD, LLP
                                            Attorneys for Defendant
                                            CARGO-LEVANT SCHIFFAHRTSGES MBH

                           By: _____
                                   Kirk M. Lyons (KL-1568)
                                   65 West 36th Street, 7th Floor
                                   New York, New York 10018
                                   (212) 594-2400

U:\kmhldocs\2618010\Legal\Rule 7.1.doc