LYONS & FLOOD, LLP
65 W. 36th Street, 7th Floor
New York, NY 10018
(212) 594-2400

Attorneys for Defendant
CARGO-LEVANT SCHIFFAHRTSGES MBH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAN FERROSTALL, INC.,

                        Plaintiffs,

- against -

M/V SMART, her engines, boilers, tackle, etc.,
CARGO-LEVANT SCHIFFAHRTSGES MBH,
WESTERN BULK CARRIERS AS, MARYVILLE
MARITIME INC., GREENPOINT MARINE SA,

                        Defendants.
------------------------------------------------------------------X

**ECF CASE**

07 Civ. 7302 (BSJ) (FM)

## ANSWER TO WESTERN BULK CARRIERS AS' CROSS-CLAIM

Defendant CARGO-LEVANT SCHIFFAHRTSGES MBH ("CARGO-LEVANT"), by its attorneys, LYONS & FLOOD, LLP, as and for its Answer to defendant WESTERN BULK CARRIERS AS' ("WBC") Cross-Claim, alleges upon information and belief as follows:

1. Admits that this is a claim under the Court's admiralty and maritime jurisdiction, but except as so specifically admitted herein, denies the remaining allegations contained in paragraph TWENTY-SIXTH of the Cross-Claim.

2. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs TWENTY-SEVENTH, TWENTY-NINTH, and THIRTIETH of the Cross-Claim.

3. Admits that CARGO-LEVANT was and is a corporation organized and existing

under the laws of a foreign country as alleged in paragraph TWENTY-EIGHTH of the Cross-Claim.

4. Denies the allegations contained in paragraphs THIRTY-FIRST, THIRTY-SECOND, and THIRTY-THIRD of the Cross-Claim.

### FIRST AFFIRMATIVE DEFENSE

5. The Cross-Claim fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

6. Defendant CARGO-LEVANT incorporates by reference each and every affirmative defense contained in its Answer to the Verified Complaint as if fully set forth herein.

WHEREFORE, defendant CARGO-LEVANT prays:

a. that judgment be entered in favor of defendant CARGO-LEVANT and against defendant WBC, dismissing the Cross-Claim herein together with costs and disbursements of this action as well as attorneys' fees; and

b. that judgment be entered in favor of defendant CARGO-LEVANT herein for such other and further relief as the Court deems just and proper.

Dated: June 5, 2008

LYONS & FLOOD, LLP
Attorneys for Defendant
CARGO-LEVANT
SCHIFFAHRTSGES MBH

By: _____
Kirk M. Lyons (KL-1568)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

U:\kmhl\docs\2618010\Legal\Answer - WBC.doc

## CERTIFICATE OF SERVICE

Kirk M. Lyons, an attorney duly admitted to practice before this Honorable Court, affirms on this 5th day of June 2008, I served true copies of the foregoing, by U.S. Mail, first-class postage pre-paid, to:

KINGSLEY KINGSLEY & CALKINS
Attorneys for Plaintiff
MAN FERROSTAAL, INC.
91 West Cherry Street
Hicksville, NY 11801

Attn:  Harold M. Kingsley, Esq.


RAWLE & HENDERSON LLP
Attorneys for Defendants M/V SMART, *In Rem*
MARYVILLE MARITIME, INC. and
GREENPOINT MARINE SA
140 Broadway
Suite 4636, 46th Floor
New York, NY 10005

Attn: Diane B. Carvell, Esq.


MAHONEY & KEANE, LLP
Attorneys for Defendant WESTERN
BULK CARRIERS AS
11 Hanover Square, 10th Floor
New York, NY 10005

Attn: Edward A. Keane, Esq.

_____
Kirk M. Lyons

U:\kmhldocs\2618010\Legal\Answer - WBC.doc