```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MAN FERROSTAAL, INC.                          07 CV 7302 (BSJ)

                              Plaintiff,       ANSWER
                                               TO CROSS-CLAIM
                                               WITH AFFIRMATIVE
            -against-                          DEFENSES

M/V SMART, her engines, boiler, tackle,
etc., CARGO-LEVANT SCHIFFAHRTSGES MBH,
WESTERN BULK CARRIER AS, MARYVILLE
MARITIME INC., GREENPOINT MARINE SA.,

                              Defendants.
------------------------------------------X
```

Defendant WESTERN BULK CARRIER AS ("WBC") ("answering defendant"), by its attorneys MAHONEY & KEANE, LLP, answers the Cross-Claim of defendant CARGO-LEVANT SCHIFFAHRTSGES MBH upon information and belief as follows:

FIRST:  Answering defendant denies denies each and every allegation contained in paragraphs "21", "22", "23" and "24" of the Cross-Claim of defendant CARGO-LEVANT SCHIFFAHRTSGES MBH.

<u>AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

SECOND:  Defendant WESTERN BULK CARRIERS AS repeats, reiterates and makes applicable to co-defendant CARGO-LEVANT SCHIFFAHRTSGES MBH's Cross-Claim each Separate and Complete Affirmative defense in WESTERN BULK CARRIERS AS's Answer to plaintiff's Complaint as if specifically set forth herein at length.

WHEREFORE, defendant WESTERN BULK CARRIERS AS demands judgment dismissing the Cross-Claim herein, and awarding defendant WESTERN BULK CARRIERS AS, fees, including reasonable attorneys fees and disbursements of this action, and further demands judgment against the co-defendant CARGO-LEVANT SCHIFFAHRTSGES MBH for all sums which may be recovered by plaintiff against the defendant WESTERN BULK CARRIERS AS, attorneys fees and disbursements of this action, and granting to WESTERN BULK CARRIERS AS such other and further relief as to the Court may seem just and proper.

Dated: New York, N.Y.
       June 9, 2008

                                          MAHONEY & KEANE, LLP
                                          Attorneys for Defendant
                                          WESTERN BULK CARRIERS AS

                       By: _____
                                          Garth S Wolfson   (GW 7700)
                                          111 Broadway, Tenth Floor
                                          New York, New York 10006
                                          (212) 385-1422
                                          File No.: 19/3467/B/07/9

TO:   KINGSLEY KINGSLEY & CALKINS
       Attorneys for Plaintiff
       91 West Cherry Street
       Hicksville, N.Y. 11801
       (516) 931-0064

       RAWLE & HENDERSON, LLP
       Attorneys for defendents
       MARTYVILLE MARITIME INC., and
       GREENPOINT MARINE SA
       140 Broadway 46th Floor
       New York, NY 10005
       (212) 858-7570

```
LYONS & FLOOD, LLP
Attorneys for defendant
CARGO-LEVANT SCHIFFAHRTSGES MBH
65 West 36th Street, 7th Floor
New York, NY  10018
```