```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MAN FERROSTAAL, INC.,

                    Plaintiffs,

      - against -

M/V SMART, her engines, boilers, tackle, etc.,
CARGO-LEVANT SCHIFFAHRTSGES MBH,
WESTERN BULK CARRIERS AS, MARYVILLE
MARITIME INC., GREENPOINT MARINE SA,

                    Defendants.
-----------------------------------------------------------X

ECF CASE

07 Civ. 7302 (BSJ) (FM)

**REVISED
SCHEDULING ORDER**

ORIGINAL

FRANK MAAS, United States Magistrate Judge.

    Pursuant to the parties' letter request, it is hereby ORDERED that:

1.    On or before August 29, 2008, all fact discovery shall be completed.

2.    On or before September 12, 2008, plaintiff shall serve its expert reports.

3.    On or before October 10, 2008, defendants shall serve their expert reports.

4.    A ~~settlement~~ telephone conference shall be held on October 13, 2008, at 10 A.M. ~~in Courtroom 20A.~~

SO ORDERED.

Dated: New York, New York
       June 9, 2008

                                                  FRANK MAAS
                                          United States Magistrate Judge