```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MAN FERROSTAAL, INC.
                                              07 CV 7302 (BSJ)

                    Plaintiff,

        -against-                             NOTICE OF CHANGE OF
                                                    ADDRESS

M/V SMART, her engines, boiler, tackle,
etc., CARGO-LEVANT SCHIFFAHRTSGES MBH,
WESTERN BULK CARRIER AS, MARYVILLE
MARITIME INC., GREENPOINT MARINE SA.,

                    Defendants.
------------------------------------------X
```

PLEASE BE ADVISED that MAHONEY & KEANE, LLP counsel for the defendant WESTERN BULK CARRIER AS have relocated their offices to:

> 11 Hanover Square, 10th Floor
> New York, N.Y. 10005
>
> Telephone No. (212) 385-1422
> Facsimile No. (212) 385-1605

> MAHONEY & KEANE, LLP
> Attorneys for Defendant
> WESTERN BULK CARRIERS AS
>
> By: _____
> Garth S. Wolfson (7700)
> New York, New York 10006
> (212) 385-1422
> File No.: 19/3467/B/07/9

To:   Kingsley, Kingsley & Calkins
      Attorneys for Plaintiff
      91 West Cherry Street
      Hicksville, N.Y. 11801
      (516) 931-0064

      Rawle & Henderson, LLP
      Attorney for Defendants
      GREENPOINT MARINE SA,
      MARYVILLE MARITIME INC.
      140 Broadway, Suite 4636
      New York, NY 10005
      (212) 575-4270