UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MAN FERROSTAAL, INC.,

            Plaintiffs,

- against -

M/V SMART, her engines, boilers, tackle, etc.,
CARGO-LEVANT SCHIFFAHRTSGES MBH,
WESTERN BULK CARRIERS AS, MARYVILLE
MARITIME INC., GREENPOINT MARINE SA,

            Defendants.
---------------------------------------------------------------X

**MEMO ENDORSED**

ECF CASE

07 Civ. 7302 (BSJ) (FM)

**REVISED
SCHEDULING ORDER**

**ORIGINAL**

FRANK MAAS, United States Magistrate Judge.

    Pursuant to the parties' letter request, it is hereby ORDERED that:

1. On or before October 31, 2008, all fact discovery shall be completed.

2. On or before November 14, 2008, plaintiff shall serve its expert reports.

3. On or before December 19, 2008, defendants shall serve their expert reports.

4. A settlement conference shall be held on ~~_____~~ December 30, 2008, at 2 pm in Courtroom 20A. *

SO ORDERED.

Dated: New York, New York
      ~~August 2~~, 2008
      September

FM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

/s/ Frank Maas
FRANK MAAS
United States Magistrate Judge

U:\km1\docs\2618010\Legal\Revised Scheduling Order (2).doc

\* Counsel are encouraged to discuss settlement amongst themselves at an early date, so the conference need not be held.